BRENT P. LORIMER (USB 3731)
Email: blorimer@wnlaw.com
CHAD E. NYDEGGER (USB 9964)
Email: cnydegger@wnlaw.com
WORKMAN │ NYDEGGER APC
60 East South Temple, Suite 1000
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
**K&L Gates LLP**
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355.6500

Eric C. Rusnak, *pro hac vice* pending
eric.rusnak@klgates.com
**K&L Gates LLP**
1601 K Street, NW
Washington, DC 20006
(202) 778.9000

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| HAND HELD PRODUCTS, INC., d/b/a, HONEYWELL SCANNING & MOBILITY, INTERMEC TECHNOLOGIES CORPORATION, and INTERMEC IP CORPORATION, | Civil Action No. 2:17-cv-00820-DN |
| Plaintiffs, | **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO RETRANSFER CASE TO SOUTH CAROLINA** |
| v. | |
| THE CODE CORPORATION | |
| Defendant. | |

1

Plaintiffs' Motion to Retransfer Case to South Carolina ("the Motion") came on before the Court on the ___ day of _____, 2017.  Having considered the briefing and argument submitted in support of and in opposition to the Motion, being fully informed in the premises, the Court hereby GRANTS the Motion.  The clerk of the Court is ordered to transfer this matter to the U.S. District Court for the District of South Carolina forthwith.

Dated this ___ day of _____, 2017.

BY THE COURT:


_____
DAVID NUFFER
U.S. DISTRICT JUDGE